No. 376.   WILSON *v.* LOUISIANA, *ante,* p. 901;

No. 561.   WILLIAMS *v.* HUGHES TOOL Co., *ante,* p. 903;

No. 367, Misc.   CURTIS *v.* FORMAN, U. S. DISTRICT JUDGE, *ante,* p. 910; and

No. 409, Misc.   TATE *v.* CALIFORNIA ET AL., *ante,* p. 902.   Petitions for rehearing in these cases denied.

MAY 21, 1951.

No. 499, Misc.   PULLINS *v.* OHIO ET AL.;

No. 504, Misc.   IN RE TIRKO;

No. 505, Misc.   IN RE PAQUETTE; and

No. 507, Misc.   HUBBARD *v.* JACQUES, WARDEN.   Motions for leave to file petitions for writs of habeas corpus in these cases denied.

No. 500, Misc.   DARRIN *v.* UNITED STATES ET AL.   Petition for injunction denied.

No. 530.   UNITED STATES *v.* CARIGNAN.   C. A. 9th Cir. Certiorari granted.   *Solicitor General Perlman* for the United States.   *Harold J. Butcher* for respondent.

No. 638.   GARDNER *v.* PANAMA RAILROAD Co.   C. A. 5th Cir.   Certiorari granted.   Petitioner *pro se.*   *Edwin Phillips Kohl* for respondent.

No. 645.   HUMBLE OIL & REFINING Co. *v.* GRAY TOOL Co.   C. A. 5th Cir.   Certiorari denied.   *Nelson Jones* and *Rex G. Baker* for petitioner.   *Homer T. Bouldin, William M. Cushman* and *John W. Malley* for respondent.